# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MATTHEWS, | : | No. 4:15-CV-01898 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| INSINGER PERFORMANCE, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 18, is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of the Defendant on Count I of Plaintiff's Complaint, ECF No. 1, and close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge